PINE ASSOCIATES, INC., a Nevada Corporation, as Trustee of the North–American TimeShare Shareholders Trust; et al., Plaintiffs–Appellants,

v.

CHASE MORTGAGE HOLDINGS, INC.; et al., Defendants–Appellees.

No. 05–56077.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2007 *.

Filed June 19, 2007.

Steven J. Stanwyck, Esq. Los Angeles, CA, for Plaintiff–Appellant Pine Associates, Inc., a Nevada Corporation, as Trustee of the North–American TimeShare Shareholders Trust.

Steven J. Stanwyck, Esq., pro se.

John M. Sorich, Esq., Raymond G. Alvarado, Esq., Adorno Yoss Alvarado & Smith, Irvine, CA, Edward Alan Treder, Esq., Covina, CA, for Defendants–Appellees.

Before: ALARCON, D.W. NELSON, and RYMER, Circuit Judges.

MEMORANDUM **

Steven J. Stanwyck and Pine Associates, Inc. appeal the district court's dismissal based on Stanwyck's status as a vexatious litigant. *See* Cal.Civ.Proc.Code § 391.7; C.D.C.A. Local Civ. R. 83–8. Their constitutional challenge to § 391.7 is foreclosed by our recent decision in *Wolfe v. George*, 486 F.3d 1120 (9th Cir.2007). Stanwyck, and his related corporations, have been designated as vexatious litigants by four state and federal courts. He failed to respond to the Notice of Filing By Vexatious Litigant Subject to Prefiling Order or contest the propriety of the designation in the district court. The issue is therefore waived. Accordingly, the district court did not abuse its discretion in dismissing the action.

Chase Mortgage Holdings, Inc.'s request for judicial notice is granted.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.